Same case below, 633 F.3d 116.

No. 10-9801. In re Ella Vinson, Petitioner.

563 U.S. 1031, 131 S. Ct. 2964, 180 L. Ed. 2d 263, 2011 U.S. LEXIS 4268.

June 6, 2011. Petition for writ of mandamus denied.

No. 10-10381. In re Joseph Smith, Petitioner.

563 U.S. 1031, 131 S. Ct. 2980, 180 L. Ed. 2d 263, 2011 U.S. LEXIS 4365.

June 6, 2011. Petition for writ of mandamus denied.

No. 10-9913. In re Harold V. Davis, Petitioner.

563 U.S. 1032, 131 S. Ct. 2969, 180 L. Ed. 2d 263, 2011 U.S. LEXIS 4225.

June 6, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.

No. 10-1023. David C. Tabb, Petitioner v. Mary R. Bordier.

563 U.S. 1042, 131 S. Ct. 2983, 180 L. Ed. 2d 263, 2011 U.S. LEXIS 4246.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 937, 131 S. Ct. 2104, 179 L. Ed. 2d 892, 2011 U.S. LEXIS 3142.

No. 10-1072. ATP Oil and Gas Corporation, Petitioner v. Department of the Interior, et al.

563 U.S. 1042, 131 S. Ct. 2983, 180 L. Ed. 2d 263, 2011 U.S. LEXIS 4282.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 961, 131 S. Ct. 2159, 179 L. Ed. 2d 936, 2011 U.S. LEXIS 3324.

No. 10-7180. William B. Saint, Petitioner v. Massachusetts Rehabilitation Commission Home Care Assistance Program.

563 U.S. 1042, 131 S. Ct. 2983, 180 L. Ed. 2d 263, 2011 U.S. LEXIS 4252.

June 6, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1147, 131 S. Ct. 923, 178 L. Ed. 2d 770, 2011 U.S. LEXIS 518.

No. 10-7265. Jose A. Ramos-Romero, Petitioner v. United States.

563 U.S. 1042, 131 S. Ct. 2983, 180 L. Ed. 2d 263, 2011 U.S. LEXIS 4340.

June 6, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1077, 131 S. Ct. 681, 178 L. Ed. 2d 506, 2010 U.S. LEXIS 9092.